No. 41410.—Petition 5689–R of Irving W. Rice Co. (New York).

Opinion by Tilson, J. It was found there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.